```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 18672
   RANDY SPANHEIMER
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-7968


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/10/05 and confirmed on 07/14/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  23100.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------------
GMAC RESCAP LLC           CURRENT MORTG        .00          .00            .00
GMAC RESCAP LLC           SECURED              .00          .00            .00
US BANK                   UNSECURED       19217.16          .00         8931.35
JEFFERSON CAPITAL SYSTEM  UNSECURED        1256.83          .00          584.12
KOHLS                     UNSECURED        1330.03          .00          618.14
ASSET ACCEPTANCE CORP     UNSECURED        2696.62          .00         1253.28
US BANK                   UNSECURED       NOT FILED         .00             .00
US BANK                   UNSECURED       19520.29          .00         9072.23
ROUNDUP FUNDING LLC       UNSECURED        1467.18          .00          681.89
CLASSIFIED ACCT MGMT CO   UNSECURED        1797.07          .00          835.20
         Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00         .00      47285.18         .00       47285.18
PRINCIPAL PAID        .00         .00      21976.21         .00       21976.21
INTEREST PAID         .00         .00           .00         .00            .00
TOTAL PAID            .00         .00      21976.21         .00       21976.21
The Debtor's attorney, CHARLES A JOHNSON         , was allowed $         .00
and was paid $      .00 .

The Trustee received $   1123.79 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 11/12/08                            /s/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

                        PAGE   2
        CASE NO. 05 B 18672 RANDY SPANHEIMER